IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAURA ELIZABETH
WALKER, FORMER WIFE,

     Appellant,

v.

KIRK THOMAS BOOTH,
FORMER HUSBAND,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3850

_____/

Opinion filed May 3, 2017.

An appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

William H. McDonald, III, Ocala, for Appellant.

Kirk Thomas Booth, pro se, Appellee.


PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.